Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                       CASE NO:  25-32077-SWE-13
**GLORIA TAYLOR WILSON**
      **DEBTOR**

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.
- Debtor cannot make Plan Payments which step to $4,150.00.

The proposed plan base is insufficient to pay all secured, priority and administrative claims plus any unsecured creditor's pool and/or non-exempt value.

The Plan does not provide for the full payment in deferred cash payments, of all claims entitled to priority under 11 U.S.C. §507, per 11 U.S.C. §1322(a)(2).

- Debtor's Plan does not provide for payment in full for the Priority and/or Secured claims of the IRS, in the amount of $218,234.44 secured, $119,379.36 priority.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                               Respectfully submitted,
                                                               THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                               By: /s/ Tara Tankersley

**Trustee's Objection To Confirmation, Page 2**
**Case # 25-32077-SWE-13**
**GLORIA TAYLOR WILSON**

                                                Tara Tankersley
                                                State Bar No. 19636900
                                                Attorney For Tom Powers
                                                5601 Executive Dr.
                                                Suite 300
                                                Irving, TX  75038
                                                (214) 855-9200
                                                Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 3**
**Case # 25-32077-SWE-13**
**GLORIA TAYLOR WILSON**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

| | |
|---|---|
| Debtor: | GLORIA TAYLOR WILSON, 1304 S MEDORA ST, TERRELL, TX  75160 |
| Attorney: | ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054** |
| Creditor(s): | CODILIS & MOODY, 20405 STATE HWY 249, STE 170, HOUSTON, TX  77070 |
| | KAUFMAN COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX  75219 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  August 04, 2025                    By:   /s/ Tara Tankersley